UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HARLEM 100-124 ASSOCIATES, LLC,

           Plaintiff,

           -against-

GREENWICH INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------X

**SUBSTITUTION OF COUNSEL**    09-CV- 6532 (Cm)

| DATE FILED: 1/6/10 |
| DOC #: |
| ELECTRONICALLY FILED |
| DOCUMENT |
| USDS SDNY |

Plaintiff, Harlem 100-124 Associates, LLC, hereby consents to the substitution of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016-1301 as its attorneys of record in this action instead and in place of Wechsler & Cohen, LLP, 17 State Street, New York, New York 10004, as of the date above.

Date: New York, New York
      December ___, 2009

1/6/2009

HARLEM 100-124 ASSOCIATES, LLC
By: Harlem Properties, L.L.C., its sole member
By: Iroquois Properties, L.P., its sole member
By: Iroquois Properties Realty Corp., its general
     partner

By: _____
    Name: Mark C Donnell
    Title: Authorized Signatory

WECHSLER & COHEN, LLP
Outgoing Counsel

By: _____
    Mitchell S. Cohen

Agreed:
FOLEY & LARDNER LLP
Incoming Counsel

By: _____
    Barry G. Felder

So Ordered:
_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
HARLEM 100-124 ASSOCIATES, LLC,

               Plaintiff,

                                      **SUBSTITUTION**
                                      **OF COUNSEL**

    -against-

GREENWICH INSURANCE COMPANY,

               Defendant.
----------------------------------------------------X

     Plaintiff, Harlem 100-124 Associates, LLC, hereby consents to the substitution of Foley & Lardner LLP, 90 Park Avenue, New York, New York 10016-1301 as its attorneys of record in this action instead and in place of Wechsler & Cohen, LLP, 17 State Street, New York, New York 10004, as of the date above.

Date:  New York, New York
       December ___, 2009

                           HARLEM 100-124 ASSOCIATES, LLC
                           By: Harlem Properties, L.L.C., its sole member
                           By: Iroquois Properties, L.P., its sole member
                           By: Iroquois Properties Realty Corp., its general
                              partner

                           By:_____
                              Name:
                              Title: Authorized Signatory

                           WECHSLER & COHEN, LLP
                           Outgoing Counsel

                           By:_____
                              Mitchell S. Cohen

                           Agreed:
                           FOLEY & LARDNER LLP
                           Incoming Counsel

So Ordered:

                           By:_____
_____
U.S.D.J.                               Barry G. Felder

*Harlem 100-124 Associates, LLC v. Greenwich Insurance Company*
## CONSENT TO CHANGE ATTORNEYS

On this 21st day of December, 2009, Mark O'Donnell duly sworn stated as follows: that he is the authorized representative of Harlem 100-124 Associates, LLC, to consent to the foregoing substitution of counsel on behalf of the Limited Liability Corporation.

Notary Public

**BRIAN M. COHEN**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 02CO5082157**
**QUALIFIED IN NEW YORK COUNTY**
**COMMISSION EXPIRES 1-20-2010**